427 A.2d 1233

Holly v. Recht, Appellant.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

 Submitted November 14, 1979. John M. Silvestri, for appellant; John E. Wall, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.